RUTH JANES, an Infant, by NELLIE JANES, Her Guardian ad Litem, Respondent, v. INTERNATIONAL RAILWAY COMPANY, Appellant.— Judgment and order affirmed, with costs. All concurred.

JENNIE E. ALDRIDGE, Appellant, Respondent, v. CITY OF SYRACUSE, Respondent, Appellant.— Judgment and orders affirmed, without costs. All concurred.

STRONG-CRITTENDEN COMPANY, Respondent, v. CLEMENS MOTOR SALES COMPANY, INC., Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to the defendant to plead over within twenty days upon payment of the costs of the demurrer and of this appeal. All concurred.

WILLIAM H. PARKER, Respondent, v. CHARLES A. HINKLEY, Appellant.— Judgment affirmed, with costs. All concurred.

NATHAN GOLD and Another, Respondents, v. JOHN VISCOSI, Appellant.— Judgment affirmed, with costs. All concurred.

ERVIN D. LEE and Another, Appellants, v. ROSCOE E. JONES and Another, Respondents.— Judgment of County Court reversed and judgment of City Court affirmed, with costs to plaintiffs in this court and in the County Court. Held, assuming that the question of misjoinder was sufficiently raised at the trial, we think the evidence is sufficient to establish a joint liability against both defendants, and that no errors were committed upon the trial so prejudicial as to require a reversal. All concurred.

WILTON BLOCK, as Administrator, etc., Respondent, v. CATHERINE M. AMSDEN, Appellant, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements. Held, that the complaint states a single cause of action in equity. (See *Sherwood* v. *Holbrook*, 178 App. Div. 462, and cases there cited.) All concurred.

CHARLES L. POWELL, Respondent, v. THOMAS B. WELCH, Appellant.— Interlocutory judgment affirmed, with costs, with leave to the defendant to amend his answer within twenty days upon payment of the costs of the demurrer and of this appeal. All concurred.

CHARLES A. ELLIS and Another, Respondents, v. CLARENCE E. RICKETT, Appellant.— Judgment and order affirmed, with costs. All concurred.

AUGUST ROSE, as Administrator, etc., Respondent, v. JACOB J. SIEGRIST and Another, Appellants.— Judgment and order affirmed, with costs. All concurred.

MARY GRIFFITHS, Respondent, v. CITY OF NIAGARA FALLS, Appellant.— Judgment and order affirmed, with costs. All concurred.

BRONISLAW KOCINSKI, Respondent, v. INTERNATIONAL RAILWAY COMPANY, Appellant.— Judgment and order affirmed, with costs. All concurred.

MARY KACSMAR PULASKI, Respondent, v. SOVEREIGN CAMP OF THE WOODMEN OF THE WORLD, Appellant.— Judgment affirmed, with costs, upon the opinion of Wheeler, J., delivered at Special [Trial] Term. (Reported in 105 Misc. Rep. 740.) All concurred.

CHARLES A. ELLIS and Another, Appellants, v. CHARLES HAAS, Respondent.— Judgment and order affirmed, with costs. All concurred.

DORIS KREITNER, an Infant, by CURTIS KREITNER, Her Guardian ad